UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>      Plaintiff,<br><br>   v.<br><br>NATIONAL SECURITY AGENCY,<br><br>      Defendant. | Civil Action No. 26-1508 (JMC) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant National Security Agency ("NSA") respectfully moves under Federal Rule of Civil Procedure 6(b)(1) for a 30-day extension of time to respond to Plaintiff's complaint, to extend its deadline from June 3 to July 3, 2026.  This is Defendant NSA's first request for an extension in this case, which was filed on April 30, 2026.  Under Local Civil Rule 7(m), the undersigned counsel has conferred with counsel for Plaintiff, who consents to the requested relief.

Good cause exists to grant the requested extension.  Defendant NSA was only recently served with the complaint (ECF No. 9) and requires additional time to review and respond to it. In addition, undersigned counsel was recently assigned an emergent matter that required his complete and undivided attention in the days leading up to the hearing on the application for a temporary restraining order, and that matter continues to demand substantial time and attention as it develops.  The requested extension would allow counsel to balance those obligations, along with the demands of his existing docket, while reviewing the complaint, conferring with the client agency, determining an appropriate response, and completing the Department of Justice's required internal review.

As set forth above, Defendant NSA seeks this extension in good faith and not to inappropriately delay these proceedings. Accordingly, the Court should grant this motion and extend Defendant NSA's deadline to respond to the complaint to July 3, 2026. A proposed order is attached.

Dated: June 3, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Benjamin H. Zieman*
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540
      benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATO INSTITUTE,

Plaintiff,

v.

NATIONAL SECURITY AGENCY,

Defendant.

Civil Action No. 26-1508 (JMC)

## [PROPOSED] ORDER

Upon consideration of Defendant NSA's motion for an extension of time, it is hereby ORDERED that Defendant NSA's motion is GRANTED.

It is further ORDERED that Defendant NSA shall file its response to the complaint on or before July 3, 2026.

SO ORDERED:

_____
Date

_____
JIA M. COBB
United States District Judge